**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| A.M., Plaintiff, | : | |
| v. | : | Case No. 5:26-cv-87-AGH |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | : | |

**ORDER**

Presently pending before the Court is Plaintiff's motion to appoint counsel (ECF No. 15). Pursuant to 28 U.S.C. § 1915(e)(1), "[a] district court has discretionary authority . . . to appoint counsel for an indigent defendant in civil cases." *Holt v. Ford*, 862 F.2d 850, 853 (11th Cir. 1989). When deciding to appoint counsel, the court must consider the legal and factual complexity of the plaintiff's case. *Id*. Generally, no right to counsel exists in civil actions; appointment of counsel is a privilege justified only by "exceptional circumstances." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985). No exceptional circumstances justifying appointment of counsel are found in this action, and Plaintiff has already filed all the necessary filings in this case for the Court to reach its decision. Accordingly, Plaintiff's motion to appoint counsel (ECF No. 15) is **DENIED**.

**SO ORDERED**, this 24th day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE